UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| BICOM NY, LLC, *et al.,* | : | Case No. 17-11906 (MEW) |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| CRAIG R. JALBERT, in his capacity as the Liquidation Trustee of the Liquidation Trust created pursuant to the Confirmed Revised Second Amended Joint Plan of Liquidation of the Debtors and Debtors-In-Possession and the Official Committee of Unsecured Creditors, | : : : : | |
| Plaintiff, | : | |
| -against- | : | Adversary Proceeding No. 19-1315 |
| GARY FLOM, VENIAMIN NILVA, ALEXANDER BOYKO and BNF PARTNERS NY LLC, | : : | |
| Defendants. | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## **NOTICE OF APPEAL AND STATEMENT OF ELECTION**

**Part 1: Identity of appellant(s)**

1. Name(s) of appellant(s):

   <u>Alexander Boyko</u>

2. Position of appellant(s) in the adversarial proceeding or bankruptcy case that is the subject of this appeal:

1

  For appeals in an adversary proceeding.
  __ Plaintiff
  X  Defendant
  __ Other (describe) _____

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from: <u>That part of the Order Regarding Decision after Trial that directed entry of judgements in favor of BICOM NY, LLC, ISCOM NY, LLC, and Bay Ridge Automotive Company, LLC against defendant Alexander Boyko (Doc. 94), as well as the judgments entered in accordance therewith</u>.

2. State the date on which the judgment, order, or decree was entered: <u>August 5, 2021</u>.

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and he names, addresses and telephone numbers of their attorneys (attached additional pages if necessary):

1. Alexander Boyko    Jeffrey C. Dannenberg
            Kestenbaum, Dannenberg & Klein, LLP
            260 Madison Avenue, 17th Floor
            New York, NY 10016
            (212) 486-3370

2. Craig Jalbert      William Dunnegan
            Dunnegan & Scileppi, LLC
            350 Fifth Avenue, 76th Floor
            New York, NY 10118
            (212) 332-8300

**Part 4: Option election to have appeal heard by District Court (available only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes for the Bankruptcy Appellate Panel to hear the appeal.

  X  Appellant elects to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

*Jeffrey C. Dannenberg*                Date: August 14, 2021
Signature of attorney for appellant

Name, address, and telephone number of attorney:

    Jeffrey C. Dannenberg
    Kestenbaum, Dannenberg & Klein, LLP
    260 Madison Avenue, 17th Floor
    New York, NY 10016
    (212) 486-3370

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[Note to inmate filers: If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]